ORIGINAL

RECEIVED
FEB 25 2022
PRO SE OFFICE

Ali Abdullah Sadiq
Ellen J. Sadiq          Plaintiff
KOVNER, J     against    CV 22-1066
                              Re: Index No.
MERKL, M.J.
Alan Smilowitz              301797-2021 Q
R.T. N.Y. Realty LLC        Urgent Request to
Guy R. Vitacco Jr. Defendants Remove
NYC Housing Court Judge  * before
Enedina Pilar Sanchez                march 6, 2022
NYC Housing Court Judge  * Article VI clause two
Clifton A. Nembhand      * 89 USC 1441
                         * 28 USC 1331

1. Persuant to 28 USC 1331; The district
courts shall have jurisdiction of all civil
actions arising, under the Constitution,
the laws, or treaties of the United States.
2. Additionally; the Supremacy Clause and
The Doctrine of Preemption, is explained, in
the same exact, or similar language:
(a) "The Supremacy Clause, is a clause
within Article VI, and clause Two, of The
United States Constitution, which dictates
that federal law is the "Supreme law of
the land". This means that judges in every
State must follow; [must obey] The
Constitution, laws, and treaties of the federal

(1)

government, in matters which are directly or indirectly, within the control of The United States government".

(b) Furthermore;

"Under the doctrine of preemption, which is based on the Supremacy Clause, federal law preempts state law, [even when the laws conflict]." Thus, a federal Court may require a state to stop certain behavior it believes interferes with, or is in conflict with federal law".

3. Moreover; under 28 U.S.Code 1443; having to do with violation of Civil Rights:

"Any of the following Civil actions, or Criminal prosecutions, commenced in a State Court, may be removed by the defendants to the district court, of The United States, for the district and division, embracing the place wherein it is pending:

(1) Against any person who is denied, or cannot enforce in the courts of such State a right under any law, providing for the equal Civil Rights of Citizens of The United States, or of all persons within the jurisdiction thereof".

(2) For any act, under color of authority

(2)

derived from any law providing for
equal rights, or for refusing to do
any act, on the ground that it would be
inconsistent, with such law".

4. Material, and substantive fact:

(a) On August 6th, 2008; I filed a complaint
to the federal government agency (OTS)
Office Of Thrift Supervision, which was
the regulating agency, under The Department
of The Treasury, which chartered, supervised
and regulated all federally-chartered and
State chartered Savings banks, and
Savings and loans association.

(b) On August 12, 2008, the (OTS)
ordered Washington Mutual Bank, to respond
to my complaint; and, on August 29, 2008;
the (then); First Vice President, Don
Rigsbee; of (what used to be) Washington
Mutual Bank, responded.

5. Washington Mutual Bank's officer, did
not follow instruction, that Washington
Mutual's Bank's officers, answer me
"Directly"; nevertheless;

(a) The officer (then); for Washington
Mutual Bank; (as formerly known);
did respond, On August 29, 2008; as

(3)

he explained ; (a) The origination of
our mortgage refinance contracts
(b) the material fact, that, at some point,
Washington mutual Bank , did sell the
mortgage, to a TRUST ; (c) ; remaining
no longer The owner of the mortgage ;
(d) instead ; only taking on the final role
of Servicer of the mortgage, here in
question.

6. Washington mutual Bank's letter
responding to my complaint; made sure
to have kept, the subject-matter, in
the control of, this government federal
agency.

7. NO argument can be made; that The
officer of Washington mutual Bank ...
(as formerly known) ever answered to me;
therefore the chain of federal authority
and, Jurisdictional- control was broken
because The bank's officer, responded
to me directly; because, that isn't
the case !

(a) Washington mutual Bank's officer
responded, directly to the Consumer
Affairs Department, of The (OTS) ;
of The U.S. Treasury Department.



(b) This direct response to (OTS) left the subject matter, in the control of federal law; based on article VI., Clause Two of The Supremacy clause; (within The U.S. Constitution;

28 USC 1443

28 USC 1331

Article VI Clause 2

(c) based on The Doctrine of Preemption;
(d) based on 28 United States Code 1443,
(1), (2), (2). 28 USC 1331

8. Please take notice, of the last paragraph; in the letter dated, 8/29/2008, which reads:

(a) "Washington Mutual Bank has allowed the borrower, to repay the Insurance Premium, over a nine month periods, and, the last paragraph is unquestionably clean, that the use of the "word
* "premium"; means Insurance Payments.

(b) On 9-24-2008; or, within (26) twenty and six days; one Antonia M. Donohue; and her lawfirms, Jaspan Schlesinger LLP; transmitted; electronically; an E-mail document soliciting financial information, under the pretense; that this unlawful solicitation, was at the request of ...

(5)

Washington Mutual Bank; when the record shows; the illegal solicitation [was not]; from, Washington Mutual!

**Emphasis**

9. The E-mail electronically-transmitted on 9-24-2008; was by; and for; Antonia M. Donohue's own financial-enrichment; and greed; as she used her political ties to, NYS Supreme Court Judge; (now retired) Jaime A. Rios; and, to (now Shamed) Andrew Cuomo, ~~to~~ and carry out her tricks; schemes, and devices on the date of September 24, of 2008!

**material fact:**

10. *Within ten; eleven hours after, this E-mail-Wire Fraud (18 USC 1343) * The Office Of Thrift Supervision; (as it was then); permanently Dissolved Washington Mutual Bank; (As formerly known); closing Washington Mutual Bank, (AFK) forever; and selling all of it's assets; and The Servicing Rights, to JP Morgan Chase Bank NA;* On September 25, 2008. Period.

11. This means; that, as of 9/25/2008 there wasn't anymore, Washington Mutual Bank; (as formerly known)!

12. Enclosed, is a duly sworn;

duly executed Affidavit, from The
(FDIC) Federal Deposit Insurance
Corporation (*emphasis, on The word.*
FEDERAL )* ; in Federal Deposit
INSurance Corporation;
(a) which Affidavit, is from another
United States federal government
agency; in the FDIC'S capacity
as The "Receiver" of the assets;
of the Defunct; no longer existing;
Washington Mutual (AFK).
(b) The point, emphasized here is:
My complaint against; what was.
Washington Mutual Bank; (AFK)
was to a Federal government agency
on August 6, 2008;
(C) and, continued, in the control
of, another federal government agency,
even after, Washington Mutual
Bank, was permanently shut, on
September 25, 2008; even after
the remaining assets; and the
Servicing Rights; were literally;
factually Sold, to JPMorgan Chase
Bank N.A.; On September 25, 2008.
Point *13. After Washington Mutual
(7)

Bank, was failed; Dissolved; having
NO Assets; NO Existence, you see;
a rich, white, thieving, organizer
of Crimes;
*(a) The leader of New York state's
government, organized criminals;
"Antonia M. Donohoe; knowingly and with
intention to defraud another;
(b) did purchase index Number
24/65/2008; *ON 9-30-2008; and
the leader of this Organized
Criminal gang; commenced, a Frivolous;
Fraudulent, Foreclosure action, in
a New York State Supreme Court;
having NO basis in law; and
Contrary to already existing federal
laws; Contradicting The Constitution
of The United States. See Article VI;
*14. This Criminal violation of my Civil
Rights; to Due Process of Law; to
Equal application of law; to the
violation of The Human Rights, to
own things; the Human Rights to
own Real Property;
(a) makes the, accompanying, Attorney
Verification, attached to, the Summons
(8)

of Mortgage Foreclosure, Null and void ab initio, and every additional process unlawfully, intertwined, inextricably to this FRAUD against The Judicial machinery, a legal nullity, having No legal effect!

(b) Every Assignment of Mortgage is Fraudulent; every transfer of title was, and is to further the criminal cause, and purposes of the employees and New York Agencies, for which they work.

15. I have more than a few hundred exhibits, evidences, for a Jury to See, and examine, and we are asking this Court, to Dismiss the orders of the Corrupt, racially motivated Courts of New York.

16. I served in The United States Marine Corps, Honorably, as a young man. No, I would Never have pledged allegiance to The United States Of America; if I Saw, that in my Senior years, I would've had this Institutional Racism; imposed upon my wife, and I! No, No, No!

(9)

17. I make a plea, to this Court; to allow this matter to be removed from all State Court records;

(a) and I plead; that this minor Court; Housing Court, of New York City; under the hypocrisy, and FRAUDULENCE of the judges herein; who have knowingly, and intentionally violated, their oath of office;

(b) be all referred, to The U.S.D.O. Justice; for criminal conduct investigations; so that they removed from the judiciary all together!

18. Please take notice:

" A simple violation of, The text of 18 United States Code 242, is punishable by a Fine, and/or up to a year in prison.

**18USC 242**

(a) This here; is a methodical; carefully-thought out; schemed plans deviced against a mortgage from the federal government; to steal same; to hijack this mortgage; to manipulate this mortgage; (Antonia M. Donohue; her law firm) pirated this mortgage for her own greed, and financial

(10)

ennichment; for her Honest Service
Fraud; as defined under;
18 U.S.C. 1346.
(b) Antonia M. Donohue, and her lawfirm
Jaspan Schlesinger LLP; engaged; (1)
a scheme, or antifice to deprive
another of the intangible right of
honest Services; and she dragged the
entire State of New York, into her
demonic plottings; prostituting, the
integrity of the entire legal profession
and the entire New York State Judiciary;
and for that criminal brazenness;
Antonia M. Donohue, must be held
Criminally, and Civilly accountable.
19. Put this case back, into the
Federal government's jurisdiction
from which it was cunningly snatched!
(a) Give me my justice, and my
day, before a Jury.
(b) Let's see how She fares! Even
an all-white Jury, with Racial
issues need to know one thing:
When this Domestic act of terrorism
started on 9-30-2008; there
was No Such Bank, named (WaMu).
(11)

20. There was no Washington mutual Bank on September 30, 2008; and, On September 30, 2008, New York State, had no authority; no jurisdiction to have processed this matter.

21. The only obssession these actors have;

(a) is to make me homeless;

(b) because of their racial hatred for this African descendant;

(c) because I have a muslim name ... making me, always, having to explain, that I am a Bible-Studying Christian!

22. The Urgency, is to remove this matter from New York City. It shouldn't have gone this far!

23. Please take notice.

(a) this is akin; to a person entering into an unlawful contract. For instance; a landlord rents out an illegal basement apartment.

(b) The landlord proceeds to change the lock. Even as wrong as the landlord is; a sensible Judge; should not send a person

(12)

GEORGE DAMOULAKIS
Notary Public, State of New York
Reg. No. 01DA6380242
Qualified in Queens County
Commission Expires 09-04-2022

Ali-Abdullah Sadiq, and Ellen J. Sadiq.

Damoulakis

back, into an illegal setting, which
was unlawful from it's inception!
24. Similarly, this matter should
not, have commenced, in State Court;
because there are law; federal laws;
The United States Constitution
Prohibits; forbids, this matter to
have been processed by The State of
New York, in the First instance!
(a) Because, the judges in New York
failed to "Follow The Constitution", "The
federal laws"; the judges are in
Contempt of;
(b) and are at war with, The U.S.
Constitution, and they should face
consequences for their abuse, under
Color of office.
25. You should not remand, back to
the State; we pray.
     Every statement herein is
true, and in accordance to federal law
and Rule; So Stated; under
penalty of perjury. U.S. Veteran.
Our return date        'Ali-Abdullah Sadiq'
is 3/7/2022.      X 'Ali-Abdullah-Sadiq'
please remove before     Ellen J. Sadiq
3/6/2022        (13) X Ellen J. Sadiq

**Washington Mutual**

DON RIGSBEE
FIRST VICE PRESIDENT
COMMERCIAL GROUP
SPECIAL ASSET MANAGEMENT

DIRECT LINE  (949) 833-4674
FACSIMILE    (949) 833-4645
E-MAIL  don.rigsbee@wamu.net

August 29  2008

Office of Thrift Supervision
Department of the Treasury - West Region
Consumer Affairs Department
P. O. Box 7165
San Francisco, CA  94120-7155

Re:    Ali Sadiq – OTS Case No  0533242008
        Loan No  525942331

Dear Consumer Affairs Department

Thank you for forwarding to Washington Mutual's Executive Response Team a copy of Mr
Ali Sadiq's letter, dated August 6, 2008  Due to the nature of his concerns, I was asked to
review and respond to your office  I appreciate the opportunity to supply you with the results
of my investigation of the claims made by Mr  Sadiq

Mr  Sadiq is a member (not the managing member) of 19407 Linden, LLC  and borrower on
the above referenced loan  This $487 500 loan originated with Washington Mutual (WaMu)
in November 2006 as a refinance of an existing loan with another lender  WaMu reviewed
its file at the time of origination and again as a result of this inquiry and did not find any
errors in the origination and boarding (adding the loan to our internal servicing database) of
the loan  The loan amount was based on the appraised value of the property  The inclusion
of a pre-payment premium was part of the consideration in the interest rate pricing of the
loan and was not connected to any payment to a broker  We can only assume Mr  Sadiq
chose to use the services of a broker in order to expand the various loan possibilities
available to him through any number of lenders  As brokers are *neither employees nor
agents* of Washington Mutual, an applicant is considered a client of the broker, rather than
Washington Mutual  during the application process

Following origination  the loan was subsequently sold and WaMu became the master and
special servicer for the Trust which owns the loan  WaMu is servicing the loan in
accordance with the terms of the loan documents and the requirements of the applicable
pooling and servicing agreement

Maintaining insurance on the property is the responsibility of the borrower  The property
insurance policy was canceled in March 2007 for non-payment of the premium   When
insurance has been canceled  WaMu's insurance vendor provides property hazard
coverage and sets the premium which is paid by WaMu and charged to the loan  The
premium is not set by WaMu employees  WaMu has allowed the borrower to repay the
premium over a nine month period

Special Asset Management
17877 Von Karman Ave.
2nd floor  IRB2SAM
Irvine  CA 92614



# Office of Thrift Supervision
## Department of the Treasury

*West Reg*

P.O. Box 7165, San Francisco, CA 94120-7165
Telephone: (650) 746-7000 • Fax: (650) 746-7001

August 12, 2008

Ali Sadig
19407 Linden Blvd.
St. Albans, NY 11412

Case No. 0533242008
Re:  Washington Mutual Bank

Dear Mr. Sadig:

Thank you for your inquiry.  We have forwarded a copy of your inquiry to the institution and asked that it respond directly to you.

We have also requested that the institution provide us with a copy of its response for our review. If the response appears to address your concerns, and if no issues involving federal regulations administered by this agency are raised, we will not take further action.  However, a complete copy of our file on this matter will be retained to assist us in monitoring the institution. •

This agency has no authority to arbitrate disputes involving contract interpretation, questions of fact, or other legal issues.  Such matters are in the jurisdiction of the courts.

If you contact us again, please do so in writing and use the above-referenced case number in your correspondence.

Thank you for bringing this matter to our attention.

Very truly yours,

CONSUMER AFFAIRS DEPARTMENT

*They never complied. They never responded directly to me!*

The Supremacy Clause and the Doctrine of Preemption | FindLaw

# FindLaw. (https://www.findlaw.com/)

Search Findlaw

Find a Lawyer (https://lawyers.findlaw.com/)    Learn About the Law (https://public.findlaw.com/

What's your legal issue? | Location

What's your legal issue?                    Location                    SEARCH

FINDLAW (HTTPS://WWW.FINDLAW.COM)  /  LEARN ABOUT THE LAW (HTTPS://PUBLIC.FINDLAW.COM/)  /
LITIGATION AND APPEALS (HTTPS://LITIGATION.FINDLAW.COM/)  /
LEGAL SYSTEM (HTTPS://LITIGATION.FINDLAW.COM/LEGAL-SYSTEM.HTML)  /
THE SUPREMACY CLAUSE AND THE DOCTRINE OF PREEMPTION

Yes, get Chrome now

## The Supremacy Clause and the Doctrine of Preemption

81        50.3K

*What happens when state law conflicts with federal law? The answer relies on the doctrine known as federal preemption.*

The Supremacy Clause (https://dictionary.findlaw.com/definition/supremacy-clause.html) is a clause within Article VI (http://caselaw.lp.findlaw.com/data/constitution/article06/) of the U.S. Constitution which dictates that federal law is the "supreme law of the land." This means that judges in every state must follow the Constitution, laws, and treaties of the federal government in matters which are directly or indirectly within the government's control. Under the doctrine of preemption (https://dictionary.findlaw.com/definition/preemption.html), which is based on the Supremacy Clause, federal law preempts state law, even when the laws conflict. Thus, a federal court may require a state to stop certain behavior it believes interferes with, or is in conflict with, federal law.

### Google Chrome

Chrome Safe Browsing will protect you from malicious sites.

Google Chrome

E-mail

B

C

A

**Dawn Warren**

From:    Antonia M. Donohue [adonohue@jshllp.com]
Sent:    Wednesday, September 24, 2008 1:45 PM.
To:      dawn@warren-n-warren.com
Subject: Linden

By MIDNIGHT, BANK WAS
SEIZED. WITHIN (1 hours)
CLOSED ON 9/25/08.

The first three pages of the financials submitted by your client look like they were prepared by someone else. The second three pages looks like a lot of estimating. WaMu does not have his personal financials. This is what WaMu would need to consider a forbearance request.

1. Personal financial statements and 2007 tax returns for Sadiqs and Walter (since they are guarantors)

2. ChiChi's 2007 tax return and current balance sheet and profit and loss.

3. 2007 tax return for the LLC and a current balance sheet and profit and loss

4. 2008 income and expense

5. WaMu must have access to inspect and see if that trash is cleaned up in the back and check on the status of the apartments.

6. An explanation as to what is going on with the apartments upstairs. When WaMu made the loan the appraiser stated that the division of the initial one unit apartment into two was nearly completed. WaMu was provided with a lease for the rear apartment that wasn't due to terminate until 11/08, so what happened to that tenant? The current appraisal states that the units are combined with access through a sliding glass door and that they are now being divided. What happened to the earlier construction?

Antonia M. Donohue, Esq.
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, New York 11530
Telephone: (516) 393-8217
Fax: (516) 393-8282

10/8/2020

# WIKIPEDIA

# Washington Mutual

**Washington Mutual, Inc**—abbreviated to **WaMu**—was a savings bank holding company and the former owner of WaMu Bank, which was the United States' largest savings and loan association until its collapse in 2008.[5][6][7][8][9]

On Thursday, September 25, 2008, the United States Office of Thrift Supervision (OTS) seized WaMu Bank from WaMu, Inc. and placed it into receivership with the Federal Deposit Insurance Corporation (FDIC).[10] The OTS took the action due to the withdrawal of $16.7 billion in deposits during a 9-day bank run (amounting to 9% of the deposits it had held on June 30, 2008).[11] The FDIC sold the banking subsidiaries (minus unsecured debt and equity claims) to JPMorgan Chase for $1.9 billion, which JPMorgan Chase had been planning to acquire as part of a confidential plan internally nicknamed Project West.[12][13][14] All WaMu branches were rebranded as Chase branches by the end of 2009.[15] The holding company, WaMu, Inc., was left with $33 billion in assets, and $8 billion debt, after being stripped of its banking subsidiary by the FDIC.[6][7][16][17] The next day, WaMu, Inc. filed for Chapter 11 voluntary bankruptcy in Delaware, where it was incorporated.[7][16]

Regarding total assets under management, WaMu's closure and receivership is the largest bank failure in American financial history.[6][7] Before the receivership action, it was the sixth-largest bank in the United States.[18] According to WaMu Inc.'s 2007 SEC filing, the holding company held assets valued at $327.9 billion.[19]

On March 20, 2009, WaMu filed suit against the FDIC in the United States District Court for the District of Columbia, seeking damages of approximately $13 billion for an alleged unjustified seizure and unfair low sale price to JPMorgan Chase. JPMorgan Chase promptly filed a counterclaim in the Federal Bankruptcy Court in Delaware, where the WaMu bankruptcy proceedings had been continuing since the Office of Thrift Supervision's seizure of the holding company's bank subsidiaries.[20][21]

## Washington Mutual, Inc.



WaMu

Washington Mutual logo

| | |
|---|---|
| Trade name | • Washington National Building Loan and Investment Association (1889–1908)<br>• Washington Savings and Loan Association (1908–1917)<br>• Washington Mutual Savings Bank (1917–1994)<br>• Washington Mutual Bank (1994–2008) |
| Traded as | NYSE: WM |
| Industry | Finance and Insurance |
| Fate | Insolvency |
| Predecessor | Dime Savings Bank of New York |
| Successors | JPMorgan Chase<br>WMI Holdings Corp.<br>Mr. Cooper |
| Founded | September 25, 1889 in Seattle, Washington as Washington National Building Loan and Investment Association[1][2] |
| Defunct | September 25, 2008 as Washington Mutual Bank |
| Headquarters | Seattle, Washington, U.S. |
| Key people | Alan H. Fishman, CEO<br>Kerry Killinger |
| Products | Consumer Banking<br>Financial services |
| Revenue | US$15.962 billion |
| Total assets | ▼ US$ 267.638 million (2013)[3]<br>▼ US$ 339.916 million (2012)[4] |

## Contents

DOCS\#1451643.v1

Recording Requested By and
When Recorded Mail to:
Washington Mutual Bank
Office of the Corporate Secretary
1301 2nd Ave., WMC3501
Seattle, WA 98101

_____

Space Above for Recording Information

## AFFIDAVIT OF THE
## FEDERAL DEPOSIT INSURANCE CORPORATION

I, Robert C. Schoppe, having been first duly sworn, hereby make this Affidavit and say that:

1.   I am an authorized representative of the Federal Deposit Insurance Corporation, an agency of the United States government (the "FDIC").

2.   On September 25, 2008, Washington Mutual Bank, formerly known as Washington Mutual Bank, FA ("Washington Mutual"), was closed by the Office of Thrift Supervision and the FDIC was named receiver.

3.   As authorized by Section 11(d)(2)(G)(i)(II) of the Federal Deposit Insurance Act, 12 U.S.C § 1821(d)(2)(G)(i)(II), the FDIC, as receiver of Washington Mutual, may transfer any asset or liability of Washington Mutual without any approval, assignment, or consent with respect to such transfer.

4.   Pursuant to the terms and conditions of a Purchase and Assumption Agreement between the FDIC as receiver of Washington Mutual and JPMorgan Chase Bank, National Association ("JPMorgan Chase"), dated September 25, 2008, the "Purchase and Assumption Agreement"), JPMorgan Chase acquired certain of the assets, including all loans and all loan commitments, of Washington Mutual.

5.   As a result, on September 25, 2008, JPMorgan Chase became the owner of the loans and loan commitments of Washington Mutual by operation of law.

Executed this 2nd day of October, 2008 in Seattle, King County, Washington.

By: _____
Print Name: Robert C. Schoppe
Title: Receiver In Charge for FDIC as
Receiver of Washington Mutual Bank

-1-

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
--------------------------------------x

WASHINGTON MUTUAL BANK, A FEDERAL
ASSOCIATION AS MASTER AND SPECIAL
SERVICER TO U.S. BANK NATIONAL
ASSOCIATION, AS TRUSTEE FOR THE
REGISTERED HOLDERS OF WAMU COMMERCIAL
MORTGAGE SECURITIES TRUST 2007-SL3
COMMERCIAL MORTGAGE PASS THROUGH
CERTIFICATE SERIES 2007-SL3,

LOCK
1066

OT!

                                    Plaintiff,

                    -against-

19407 LINDEN LLC, a/k/a 194-07 LINDEN
LLC, NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE, NEW YORK CITY
DEPARTMENT OF FINANCE, CHI CHI'S BEAUTY
SALON INC., ALI ABDULLAH SADIQ, ELLEN
SADIQ, YUOWNE WALKER, "JOHN DOE NO. I" to
"JOHN DOE NO. XXX," inclusive, the last
thirty names being fictitious and unknown
to plaintiff, the persons or parties
intended being the tenants, occupants,
persons or corporations, if any, having
or claiming an interest in or lien upon
the premises described in the complaint,

                                    Defendants.
--------------------------------------x

Property Address: 194-07 Linden Boulevard
                  St. Albans, NY 11412

**SUMMONS MORTGAGE FORECLOSURE**

Index No. 24165/08

Date Purchased 9/30/08

PLAINTIFF DESIGNATES
QUEENS COUNTY
AS PLACE OF TRIAL

Plaintiff's Address
9200 Oakdale Avenue
Chatsworth, CA 91311

TO EACH OF THE ABOVE-NAMED DEFENDANTS:

YOU ARE HEREBY SUMMONED to answer the verified complaint in
this action, and to serve a copy of your answer, or, if the
verified complaint is not served with this summons, to serve a
notice of appearance, on the plaintiff's attorneys within twenty
days after the service of this summons, exclusive of the day of
service (or within thirty days after service is complete if this
summons is not personally delivered to you within the State of

AMD/D616544v1/M052023/C0085700

Printed: 6/30/

1/1/2008 SUMMONS & VERIFIED COMPLAINT

New York); and in case of your failure to appear, or answer, judgment will be taken against you by default, for the relief demanded in the verified complaint.

DATED:    September 24, 2008
          Garden City, NY

Yours, etc.

JASPAN SCHLESINGER HOFFMAN LLP

By: _____
    Antonia M. Donohue, Esq.
    Attorneys for Plaintiff
    300 Garden City Plaza, 5TH Floor
    Garden City, New York 11530
    (516) 393-8217

Page 9
1 Ali Abdullah-Soley

24165/2008 SUMMONS & VERIFIED COMPLAINT

## ATTORNEY VERIFICATION

STATE OF NEW YORK   )
                          )   ss.:
COUNTY OF NASSAU   )

ANTONIA M. DONOHUE, being duly sworn, deposes and states follows:

I am a member of Jaspan Schlesinger Hoffman LLP, attorneys the plaintiff in the above entitled action with offices located 300 Garden City Plaza, 5th Floor, Garden City, New York, County Nassau, State of New York; that I have read the foregoing complai and know the contents thereof; that the same is true to my knowledg except as to the matters stated to be alleged upon information a belief, and that as to those matters I believe them to be true. Th the reason why this verification is made by deponent instead of t plaintiff is because the plaintiff ➤DOES NOT EXIST! is not within the county Nassau, which is the county where deponent has her office. Depone further states that the grounds of her belief as to all matters the complaint not stated to be upon knowledge are based upon a revi of correspondence between the parties and other writings relevant t this action.

Dated:  September 24, 2008
        Garden City, NY

_Antonia M Donohue_
ANTONIA M. DONOHUE

AMD/D616567v1/M052023/C0085700

Ali Abdullah Sadiq
Ellen J. Sadiq

@
194-07 Linden Blvd
ST. Albans N.Y. 11412

(718) 200-1355